# AFONSO ARCHIE LAW, P.C.
ATTORNEYS AT LAW

ALBERT M. AFONSO, ESQ. ‡
TROY A. ARCHIE, ESQ.
KERLIN HYPPOLITE, ESQ.
NOAH AFONSO, ESQ.

‡ ALSO MEMBER OF PA BAR

ARCHIE@AANJLAW.COM


April 16, 2026

VIA ECF
Honorable John F. Murphy, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: USA v. Treva Harris**
**Crim. No. 25-381**

Dear Judge Murphy,

Please accept this letter as Defendant Treva Harris's respectful request for a **thirty (30) day adjournment** of the sentencing presently scheduled for **April 23, 2026**.

In reviewing the Final Presentence Investigation Report and preparing for sentencing, the defense realized that Ms. Harris's updated financial information had not yet been fully incorporated into the materials expected for sentencing. Undersigned counsel had believed those materials were already in process, but after further follow-up with Ms. Harris's accountant, counsel has now been advised that the amended filings and profit-and-loss statements for the past three years can be completed and provided by **next Friday**. Those materials are directly relevant to the Court's consideration of restitution, Ms. Harris's present financial condition, and the defense request for a variant sentence. The defense therefore respectfully requests a brief continuance so that the Court may have the benefit of a complete and accurate financial presentation before sentencing.

Undersigned counsel conferred with both the Government and the United States Probation Office. **Assistant United States Attorney Matthew T. Newcomer has advised that**

**the Government has no objection**, and **Mr. Antonio Maiocco has advised that Probation likewise has no objection** to a thirty-day continuance. In light of the foregoing, the defense respectfully requests that sentencing be adjourned for approximately thirty days, or to the next date convenient for the Court.

Thank you for the Court's time and consideration of this request.

Respectfully submitted,

/s/ Troy A. Archie, Esq.
Counsel for Defendant Treva Harris

cc:
Matthew T. Newcomer, AUSA
S. Chandler Harris, AUSA
Rachel A. Wyszynski, USPO
Pam Gandy, Administrative Support Specialist
Antonio Maiocco, USPO