# AFONSO ARCHIE LAW, P.C.
ATTORNEYS AT LAW

ALBERT M. AFONSO, ESQ. ‡
TROY A. ARCHIE, ESQ.
KERLIN HYPPOLITE, ESQ.
NOAH AFONSO., ESQ.

‡ ALSO MEMBER OF PA BAR

ARCHIE@AANJLAW.COM


September 8, 2026

VIA PACER
The Honorable John F. Murphy
United States District Judge
United States District Court
Eastern District of Pennsylvania

**Re: United States v. Treva Harris**
**Criminal No. 2:25-cr-00381-JFM**

**Supplemental Sentencing Update**

Dear Judge Murphy,

I represent Ms. Treva Harris and write briefly in advance of sentencing to advise the Court of several meaningful developments since the defense's original sentencing submission and to respectfully request permission for a limited number of individuals to address the Court on Ms. Harris's behalf at sentencing.

Since the original submission, Ms. Harris has continued to expand legitimate business operations, obtain additional professional qualifications, pursue further education, and continue her community work. Back 2 Healthy Home Care has obtained additional approvals through Pennsylvania's Office of Developmental Programs for services including companion services, community integration, respite care, job finding, supported employment, homemaker/chore services, and job support. Ms. Harris has also obtained licensure for an additional Back 2 Healthy home-care location in Harrisburg and secured provider relationships with managed-care organizations.

Ms. Harris also completed an ACRE-endorsed employment-services curriculum and received a National Certificate in Basic Employment. She has continued developing Millionaire Minds Child Care Academy, entered into a lease for an additional childcare location at 6039 Market Street, and is presently proceeding through the Pennsylvania Keystone STARS process to advance the existing program from STAR 2 toward STAR 4.

In addition, Ms. Harris has returned to professional training in the automotive field and enrolled at the Community College of Philadelphia in Safety Inspection Mechanic and Emissions Inspector certification programs. She has also continued work on the redevelopment of 202

21 ROUTE 130 SOUTH CINNAMINSON, NEW JERSEY 08077
PHONE (856) 786-7000 · FAX (856) 385-8181

North 60th Street, including plans associated with housing and reentry, and recently received written confirmation from the Office of Philadelphia Councilmember Curtis Jones, Jr. that there is no opposition to the proposed right-of-way encroachment necessary for the exterior-stair portion of that project.

These developments are significant because they are not simply promises of what Ms. Harris hopes to accomplish after sentencing. They represent things she has actually pursued and accomplished while awaiting sentence. They are consistent with the position previously presented to the Court that Ms. Harris remains capable of working, serving others, generating lawful income, supporting her family, and satisfying the financial obligations imposed in this case.

Ms. Harris will also have several individuals present at sentencing who are prepared, if the Court permits, to address the Court briefly and without unnecessary duplication. The defense proposes Jennifer Johnson Ramey, who can speak from the perspective of someone who has worked with Ms. Harris and participated in her community efforts; Shakirah King, who has known Ms. Harris for approximately eighteen years and whose four children were cared for by Ms. Harris; Anna Booker, a longtime friend of more than thirty years who has observed Ms. Harris's personal and professional growth; Hicham Imani, a fellow business owner who can address Ms. Harris's character and work in the business community; and Ranae Jeffcoat, a retired police officer and longtime friend who can offer a distinct perspective concerning Ms. Harris's character, family life, and involvement in the community.

We recognize that sentencing proceedings must remain focused and efficient. Accordingly, should the Court permit these individuals to speak, counsel will ensure that their remarks are brief and directed toward different aspects of Ms. Harris's character and history.

This supplemental submission is not intended to reopen the sentencing record unnecessarily or to request any further adjournment. Ms. Harris is prepared to proceed with sentencing as scheduled. Counsel simply wished to place these recent developments before the Court because they provide additional, concrete evidence of what Ms. Harris has done during the months since the original sentencing materials were submitted.

For all of the reasons previously presented, together with these additional developments, we respectfully ask the Court to consider a sentence that permits Ms. Harris to remain in the community, continue supporting her family and businesses, make restitution, and continue the work she has undertaken.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Troy A. Archie, Esq.
Attorney for Defendant Treva Harris

21 ROUTE 130 SOUTH CINNAMINSON, NEW JERSEY 08077
PHONE (856) 786-7000 · FAX (856) 385-8181